UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | MBD Case No. 23-94009 |
| ) | |
| NIAL LUU, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Assistant United States Attorney Kaitlin J. Brown, hereby moves the Court for an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **July 31, 2023**.

In support of the motion the government states as follows:

1. Defendant Nial Luu is charged by criminal complaint, 22-mj-4298-DHH, with Unlawful Possession of Ammunition by a Person Subject to a Court Order retraining him from harassing, stalking, or threatening an intimate partner, in violation of 18 U.S.C. § 922(g)(8).

2. Law enforcement arrested Luu on June 1, 2023. He made his initial appearance before the Magistrate Court the same day. On June 7, 2023, Luu waived his right to a preliminary hearing and the Court held a detention hearing. On June 8, 2023, Luu was released on conditions pending trial. Pursuant to 18 U.S.C. § 3161(b), the government has until July 1, 2023, to indict Luu.

3. The parties are exploring the possibility of resolving this case short of a trial. The

1

parties require additional time, however, before such a determination can be made.

4.  The government has not previously sought to enlarge the time in which an indictment or information must be filed.

5.  The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

6.  The government has consulted with defense counsel who has assented to this request.

ACCORDINGLY, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **July 31, 2023** and moves that the period between June 1, 2023, through July 31, 2022, be excluded from all Speedy Trial Act calculations.

          Respectfully submitted,

          JOSHUA S. LEVY
          ACTING UNITED STATES ATTORNEY

By:    */s/ Kaitlin J. Brown*
      KAITLIN J. BROWN (BBO# 694636)
      Assistant U.S. Attorney
      United States Attorney's Office
      District of Massachusetts
      Donohue Federal Building
      595 Main Street
      Worcester, Massachusetts 01608
      Kaitlin.brown@usdoj.gov

Dated: June 16, 2023

**Certificate of Service**

This is to certify that I have served defense counsel a copy of the foregoing document by electronic mail.

> */s/ Kaitlin J. Brown*
> Kaitlin J. Brown
> Assistant U.S. Attorney

Dated: June 16, 2023